# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RICHARD O'NEIL BRADFORD,<br><br>  Petitioner,<br><br>  v.<br><br>L. SCHULTEIS, WARDEN,<br><br>  Respondent. | No. CV 08-1716-RGK (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: February 17, 2009

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE